UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )  |                         |
|---|---|---|
| M. K-N, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1123 (ABJ) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On January 6, 2014, Magistrate Judge Alan Kay issued an Amended Report and Recommendation [Dkt. # 32] with respect to plaintiffs' motion for summary judgment [Dkt. # 16] and defendant's cross-motion for summary judgment [Dkt. # 18]. The Court has reviewed Magistrate Judge Kay's report and plaintiffs' Objections to the Magistrate Judge's Report and Recommendation [Dkt. # 31] and hereby adopts the Report and Recommendation in its entirety.

Accordingly, it is hereby ORDERED that the Report and Recommendation [Dkt. # 32] is ADOPTED. It is FURTHER ORDERED that plaintiffs' motion for summary judgment [Dkt. # 16] is granted in part and denied in part, and that defendant's cross motion for summary judgment [Dkt. # 18] is granted in part and denied in part. It is FURTHER ORDERED that defendant shall reimburse plaintiffs for the Lab School tuition that was paid for M.K-N. for the period between February 3, 2012 and May 31, 2012. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: February 10, 2014